UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| ERA FRANCHISE SYSTEMS, INC. ) | Case No: 3:05 CV 758-H |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PLAINTIFF'S MOTION FOR DEFAULT** |
| ) | **JUDGMENT AGAINST DEFENDANTS** |
| SIMPSON AND JOHNSON ) | **SIMPSON AND JOHNSON** |
| MANAGEMENT COMPANY, INC. d/b/a ) | **MANAGEMENT COMPANY, INC. d/b/a** |
| ERA TRI-COUNTY REALTORS, ) | **ERA TRI-COUNTY REALTORS,** |
| DOUGLAS W. JOHNSON and PAMELA ) | **DOUGLAS W. JOHNSON AND PAMELA** |
| JOHNSON ) | **JOHNSON** |
| ) | |
| Defendants. ) | |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff ERA Franchise Systems, Inc. ("Plaintiff" or "ERA") respectfully moves this Court for a default judgment against Defendants Simpson and Johnson Management Company, Inc. d/b/a ERA Tri-County Realtors ("Tri-County"), Douglas W. Johnson ("Mr. Johnson") and Pamela Johnson ("Ms. Johnson") (collectively, "Defendants") on ERA's Verified Complaint For Money Damages and Injunctive Relief (the "Verified Complaint").

As set forth fully in the attached Memorandum in Support, despite service of the Summons and Verified Complaint, each of Tri-County, Mr. Johnson and Ms. Johnson has failed to appear, plead or otherwise defend as required under the Federal Rules of Civil Procedure. Therefore, ERA respectfully requests that default judgment be entered in its favor against Defendants, jointly and severally, as follows: (i) a permanent injunction enjoining Defendants from the unauthorized use of ERA's trade name, trademarks, service marks and logos ("ERA Marks"); (ii) trademark infringement damages in the

1

amount of $49,803.78 through April 30, 2006, plus interest thereon; (iii) compensatory damages in the amount of $23,044.71, plus interest thereon; (iv) reasonable attorneys' fees and costs in the amount of $11,445.18 through April 30, 2006, pursuant to the Membership Agreement; and (v) for an accounting of any and all revenue earned during the period in which Tri-County unlawfully used the ERA Marks after expiration of the Membership Agreement on February 29, 2004, through the date of de-identification.

Date: May 11, 2006

By: */s/ Lindsey W. Ingram III*
    Lindsey W. Ingram III
    Stoll Keenon Ogden PLLC
    300 W. Vine Street
    Suite 2100
    Lexington, Kentucky 40507
    L.ingram@skofirm.com
    Phone: (859) 231-3982
    Telefax: (859) 246-3672

    Steven A. Goldfarb (0030186)
    sagoldfarb@hahnlaw.com
    Rose Marie Fiore (0065243)
    rmfiore@hahnlaw.com
    Joni Todd (0078768)
    jtodd@hahnlaw.com
    HAHN LOESER & PARKS LLP
    3300 BP Tower
    200 Public Square
    Cleveland, OH 44114-2301
    Phone: (216) 621-0150
    Telefax: (216) 241-2824

    *Attorneys for ERA Franchise Systems, Inc.*

CLE - 943280.1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2006, I electronically filed the foregoing Plaintiff's Motion For Default Judgment Against Defendants Simpson And Johnson Management Company, Inc. D/B/A Era Tri-County Realtors, Douglas W. Johnson And Pamela Johnson with the Clerk of the Court using the CM/ECF system. In addition, I certify that a true and accurate copy of the foregoing has been served, via U.S. Mail, this 11th day of May 2006, upon the following:

Simpson and Johnson Management Company, Inc.
d.b.a. ERA Tri-County Realtors
c/o Registered Agent Douglas Johnson
211 South First Street
LaGrange, Kentucky 40031

and

Mr. Douglas W. Johnson
4202 Grand Court
Crestwood, Kentucky 40014

and

Ms. Pamela Johnson
4202 Grand Court
Crestwood, Kentucky 40014

_____
One of the Attorneys for ERA Franchise Systems, Inc.

CLE - 943280.1