UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ERA FRANCHISE SYSTEMS, INC. | ) | Case No: 3:05 CV 758-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SIMPSON AND JOHNSON | ) | |
| MANAGEMENT COMPANY, INC. d/b/a | ) | **ORDER** |
| ERA TRI-COUNTY REALTORS, | ) | |
| DOUGLAS W. JOHNSON and PAMELA | ) | |
| JOHNSON | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff ERA Franchise Systems, Inc.'s ("Plaintiff" or "ERA") Motion for a Default Judgment against Defendants Simpson and Johnson Management Company, Inc. d/b/a ERA Tri-County Realtors ("Tri-County"), Douglas W. Johnson ("Mr. Johnson") and Pamela Johnson ("Ms. Johnson") (collectively, "Defendants"). The Court finds the Motion is well-taken and is hereby granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that default judgment is hereby entered in favor of ERA and against Defendants, jointly and severally, for failure to answer, respond or otherwise defend against the claims set forth in the Verified Complaint.

**IT IS FURTHER ORDERED** that Defendants and any of their agents, subsidiaries, officers, servants, employees, and attorneys, and all those who act in concert or participation with them, are permanently restrained and enjoined from the unauthorized use of ERA's trade name, trademarks, service marks and logos (the "ERA

- 2 -

Marks") in connection with marketing or promoting real estate brokerage services and other related real estate businesses, at Defendants' real estate brokerage office located at 211 South First Street, LaGrange, Kentucky (the "Approved Location") and elsewhere.

**IT IS FURTHER ORDERED** that ERA is entitled to judgment against Defendants, jointly and severally, for money damages in the amount of $172,456.05, plus interest thereon, costs and reasonable attorneys' fees in the amount of $11,445.18, through April 30, 2006.

**IT IS FURTHER ORDERED** that Defendants shall provide to ERA, within thirty (30) days of the date of this order, an accounting of any and all revenue earned by Tri-County at the Approved Location from March 1, 2004 through the date of de-identification.

**IT IS SO ORDERED**.

CLE - 943284.1